JOEL LEVINE, State Bar No. 52565
JOEL LEVINE, A PROFESSIONAL CORPORATION
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 662 4462
Facsimile: 949 481 1014
Email: jlesquire@cox.net

Attorney for Defendant
KATHLEEN LE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. SACR05-264-DOC |
| Plaintiff, ) | ORDER TERMINATING PROBATION |
| vs. ) | |
| KATHLEEN LE, ) | |
| Defendant. ) | |

For good cause, it is hereby Ordered that the previously ordered three year term of probation for Defendant Kathleen Le is terminated as of the date of this Order.

Dated: February 13, 2009

_/s/ David O. Carter_
United States District Judge

Submitted by

/s/ _____
Joel Levine, Esq.
Counsel for Defendant
Kathleen Le

cc: USPO

ORDER TERMINATING PROBATION